UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

```
┌─────────────────────────────────┐
│ USDS SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____           │
│ DATE FILED: 11/19/17             │
└─────────────────────────────────┘
```

THE CITY OF EDINBURGH COUNCIL
ON BEHALF OF LOTHIAN PENSION FUND,
on behalf of itself and all others similarly situated,

                    Plaintiff,                              07 Civ. 9921(PKC)

          -against-

                                                           ORDER

VODAFONE GROUP PUBLIC
 LIMITED COMPANY, et al.,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

P. KEVIN CASTEL, U.S.D.J.

          Any counsel who is aware of an action pending in this or any other court with

the same or overlapping claims shall notify the Court in writing via fax.

          The pre-motion conference requirement is waived for any motion for consolida-

tion, appointment as lead plaintiff and/or approval of selection of lead counsel.

          Any defendant seeking an adjournment of time to answer or otherwise respond

to the complaint shall contact plaintiff's counsel to seek consent and may, thereafter, fax a letter

to chambers advising whether or not consent was obtained. If the adjournment is approved by

the Court, it will enter an order endorsed on the letter.  For sake of uniformity, adjournments, in

the first instance, should extend until 20 days following order appointing a lead plaintiff.

The initial conference in this case will be set after an order appointing a lead

plaintiff.

SO ORDERED.

_____

P. Kevin Castel
United States District Judge

Dated: New York, New York
      November 16, 2007