SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

125 Broad Street
New York, NY 10004-2498

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY


USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/18/07

MEMO ENDORSED

December 18, 2007

*By Facsimile Transmission*

Hon. P. Kevin Castel,
United States District Judge,
United States District Court for the Southern District of New York,
500 Pearl Street,
New York, New York 10007.

Re: *The City of Edinburgh Council, etc.* v. *Vodafone Group Plc, et al.*, Civil Action No. 07 Civ. 9921 (PKC)

Dear Judge Castel:

We have been authorized to represent, and to accept service of process on behalf of, defendant Vodafone Group Plc and the following individual defendants: Andrew N. Halford, Sir Julian M. Horn-Smith, Kenneth J. Hydon, Lord Ian MacLaurin and Arun Sarin in the above-referenced action. We have not yet been advised of the representation and service arrangements for the other individual defendants, who might ask us to represent them, as well. To our knowledge, as of this date, plaintiffs have endeavored to serve one of the individual defendants, Mr. Sarin, and we have been communicating with plaintiffs regarding service arrangements for the defendants whom we have been authorized to represent.

In accordance with the procedure set out in the Court's November 16, 2007 Order in this action, we have agreed with plaintiffs' counsel, subject to the Court's approval, for the sake of uniformity and efficiency to adjourn in the first instance the deadline for any defendant to move against, answer or otherwise respond to the

Draft of December 14, 2007

Hon. P. Kevin Castel



Complaint until 20 days following entry of an Order appointing a lead plaintiff in this action. We respectfully request the Court's approval of that adjournment.

Respectfully submitted,

Theodore Edelman

Theodore Edelman

cc: David A. Rosenfeld, Esq.
(Coughlin Stoia Geller Rudman & Robbins LLP)

The time for all defendants to respond to the Complaint is adjourned until twenty (20) days following an Order appointing lead plaintiff in this action.

SO ORDERED.

P. Kevin Castel, USDJ

12-18-07