

**COUGHLIN STOIA GELLER RUDMAN & ROBBINS** LLP

David A. Rosenfeld
DRosenfeld@csgrr.com

SAN DIEGO • SAN FRANCISCO
NEW YORK • BOCA RATON
WASHINGTON, DC • HOUSTON
LOS ANGELES • PHILADELPHIA



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/07

RECEIVED DEC 21 2007 CHAMBERS OF P. KEVIN CASTEL U.S.D.J.

## MEMO ENDORSED

December 20, 2007

VIA OVERNIGHT MAIL

Honorable P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl St., Room 2260
New York, NY 10007

*Conference adjourned to Feb 29, 2008 at 10:30 a.m. SO ORDERED. P. Kevin Castel USDJ 12-21-07*

Re: *The City of Edinburgh Council on Behalf of the Lothian Pension Fund v. Vodafone Group Public Limited Co.*, Case No. 07-cv-9921(PKC)

Dear Judge Castel:

We represent plaintiff in the above-referenced action, which alleges violations of the federal securities laws, and write to request an adjournment of the initial pretrial conference scheduled for January 4, 2008.

Although the Court issued an Order, dated November 16, 2007, which states that the initial pre-motion conference in this action would be set after an order appointing a Lead Plaintiff, a subsequent Order, dated November 20, 2007, provides that an initial pretrial conference be held on January 4, 2008. Given that a Lead Plaintiff will not be appointed by that time, and it is yet unclear whether plaintiff will be able to complete service of process on all named defendants by that date, we respectfully request that the January 4, 2008 initial pretrial conference be adjourned until after a Lead Plaintiff has been appointed.

I have conferred with Theodore Edelman, counsel for defendant Vodafone Group Plc and individual defendants Andrew N. Halford, Sir Julian M. Horn-Smith, Kenneth J. Hydon, Lord Ian MacLaurin and Arun Sarin, and he joins in this request. Service on the other named defendants has not yet been finalized.

Respectfully submitted,

David A. Rosenfeld

cc: Theodore Edelman, Esq.

58 South Service Road, Suite 200 • Melville, New York 11747 • 631.367.7100 • Fax 631.367.1173 • www.csgrr.com

