| Attorney or Party without Attorney:<br>Samuel H. Rudman, Esq.<br>Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>Telephone No: 631-367-7100    FAX No: 631-367-1173 | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Southern District Of New York | |
| Plaintiff: The City of Edinburgh Council on behalf of The Lothian Pension Fund, et al | |
| Defendant: Vodafone Group Public Limited Company, et al | |

| **AFFIDAVIT OF SERVICE**<br>**Summons & Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>07CIV9921 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Case; Complaint for Violation of the Federal Securities Law

3. a. Party served:            Arun Sarin
   b. Person served:           party in item 3a

4. Address where the party was served:   2 Glen Alpine Road
                                         Piedmont, CA 94611

5. I served the party:
   b. **by substituted service.** On: Sun., Dec. 02, 2007 at: 5:20PM by leaving the copies with or in the presence of:
                                                Mr. Anan, Father-In-Law/Co-Occupant
   (2) **(Home)** Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. Person Who Served Papers:
   R6 a. ~~Granville Smith~~ Roman Edwards
   b. Class Action Research &
      Litigation Support Services, Inc.
      P O Box 740
      Penryn, CA 95663
   c. (866) 663-9590, FAX (866) 663-4955

   12/18/07
   (Date)

   Fee for Service:
   I Declare under penalty of perjury under the laws of the State of
   New York that the foregoing is true and correct.

   (Signature)

8. **SUBSCRIBED AND SWORN** to me, a Notary Public in and for said County and State.

   My Commission Expires  Sept. 18, 2011
                          (Date)

   AFFIDAVIT OF SERVICE
   Summons & Complaint

   (Notary Public)

   sarud.101876

NIGEL S. BOLTON
COMM. #1768998
NOTARY PUBLIC - CALIFORNIA
ALAMEDA COUNTY
COMM. EXPIRES SEPT. 18, 2011

| Attorney or Party without Attorney:<br>Samuel H. Rudman, Esq.<br>Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>Telephone No: 631-367-7100  FAX No: 631-367-1173 | | | | For Court Use Only |
|---|---|---|---|---|
| Ref. No or File No.: | | | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Southern District Of New York | | | | |
| Plaintiff: The City of Edinburgh Council on behalf of The Lothian Pension Fund, et al | | | | |
| Defendant: Vodafone Group Public Limited Company, et al | | | | |
| **PROOF OF SERVICE**<br>**By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>07CIV9921 |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons in a Civil Case; Complaint for Violation of the Federal Securities Law

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:        Wed., Dec. 05, 2007
   b. Place of Mailing:       Penryn, CA  95663
   c. Addressed as follows:   Arun Sarin
                              2 Glen Alpine Road
                              Piedmont, CA  94611

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Wed., Dec. 05, 2007 in the ordinary course of business.

5. *Person Serving:*                                            Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Janis Dingman                       d. *The Fee for Service was:*
   b. Class Action Research &             e. I am: (3) registered California process server
      Litigation Support Services, Inc.      (i)   Employee
      P O Box 740                             (ii)  Registration No.:    2005-27
      Penryn, CA  95663                       (iii) County:              Sacramento
   c. (866) 663-9590, FAX (866) 663-4955    (iv) Expiration Date:      Wed, Apr. 29, 2009

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Wed, Dec. 05, 2007

Judicial Council Form                PROOF OF SERVICE              (Janis Dingman)
Rule 982.9.(a)&(b) Rev January 1, 2007     By Mail                                    sarud.101876