UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x
THE CITY OF EDINBURGH COUNCIL ON  :
BEHALF OF THE LOTHIAN PENSION      :
FUND, On Behalf of Itself and All Others :
Similarly Situated,                :
                                   :
                    Plaintiff,     :
                                   :
          vs.                      :
                                   :
VODAFONE GROUP PUBLIC LIMITED      :
COMPANY, et al.,                   :
                                   :
                    Defendants.    :
                                   :
———————————————————— x

Civil Action No. 07-cv-09921

<u>CLASS ACTION</u>

[PROPOSED] ORDER APPOINTING LEAD
PLAINTIFF AND APPROVING
SELECTION OF LEAD COUNSEL

Having considered the Motion of The City of Edinburgh Council on Behalf of the Lothian

Pension Fund ("The City of Edinburgh Council") for Appointment as Lead Plaintiff and Approval of

Selection of Lead Counsel and the Memorandum of Law and Declaration of David A. Rosenfeld, in

support thereof, and good cause appearing therefor:

1.      The City of Edinburgh Council is hereby appointed Lead Plaintiff for the class

pursuant to Section 21D of the Securities Exchange Act of 1934; and

2.      The law firm of Coughlin Stoia Geller Rudman & Robbins LLP is hereby appointed

Lead Counsel.

IT IS SO ORDERED.

DATED: _____      _____
                                     THE HONORABLE P. KEVIN CASTEL
                                     UNITED STATES DISTRICT JUDGE