UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x
THE CITY OF EDINBURGH COUNCIL ON : Civil Action No. 07-cv-09921
BEHALF OF THE LOTHIAN PENSION :
FUND, On Behalf of Itself and All Others : CLASS ACTION
Similarly Situated, :
  : DECLARATION OF DAVID A.
            Plaintiff, : ROSENFELD IN SUPPORT OF THE
  : MOTION OF THE CITY OF EDINBURGH
     vs. : COUNCIL ON BEHALF OF THE LOTHIAN
  : PENSION FUND FOR APPOINTMENT AS
VODAFONE GROUP PUBLIC LIMITED : LEAD PLAINTIFF AND FOR APPROVAL
COMPANY, et al., : OF SELECTION OF LEAD COUNSEL
  :
            Defendants. :
  :
———————————————————————— x

DAVID A. ROSENFELD declares, under penalty of perjury:

1. I am a member of Coughlin Stoia Geller Rudman & Robbins LLP ("Coughlin Stoia"), one of plaintiff's counsel in the action entitled *The City Of Edinburgh Council On Behalf Of The Lothian Pension Fund v. Vodafone Group Public Limited Co., et al.,* Civil Action No. 07-cv-9921 (the "*City of Edinburgh Council* Action"). I submit this Declaration in support of the motion of The City of Edinburgh council of behalf of the Lothian Pension Fund ("The City of Edinburgh Council") for appointment as Lead Plaintiff and for approval of selection of Lead Counsel.

2. Attached hereto as Exhibit A is a true and accurate copy of the notice regarding the pendency of this action, published by plaintiff on *Business Wire*, a national, business-oriented newswire service, on November 15, 2007.

3. Attached hereto as Exhibit B is a true and accurate copy of a loss chart presenting the transactions in the subject securities and summarizing the estimated collective losses of The City of Edinburgh Council at approximately $3,085,939.27 in connection with its transactions in Vodafone Group Public Limited Company securities during the Class Period.

4. Attached hereto as Exhibit C is the certification of The City of Edinburgh Council.

5. Attached hereto as Exhibit D is a true copy of the firm resume of Coughlin Stoia.

DATED: January 14, 2008

                                                */s/ David A. Rosenfeld*
                                                DAVID A. ROSENFELD

# CERTIFICATE OF SERVICE

I, David A. Rosenfeld, hereby certify that on January 14, 2008, I caused a true and correct copy of the attached:

> Notice of Motion for Appointment as Lead Plaintiff and for Approval of Selection of Lead Counsel;
>
> Memorandum in Support of the Motion of the City of Edinburgh Council on Behalf of the Lothian Pension Fund for Appointment as Lead Plaintiff and for Approval of Selection of Lead Counsel; and
>
> Declaration of David A. Rosenfeld in Support of the Motion of the City of Edinburgh Council on Behalf of the Lothian Pension Fund for Appointment as Lead Plaintiff and for Approval of Selection of Lead Counsel,

to be served: (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to any additional counsel.

*/s/ David A. Rosenfeld*
David A. Rosenfeld

VODAFONE 07

Service List - 1/10/2008   (07-0242)

Page 1 of 1

**Counsel For Defendant(s)**

Theodore Edelman
Sullivan & Cromwell LLP
125 Broad Street
New York, NY  10004-2498
   212/558-4000
   212/558-3588 (Fax)


**Counsel For Plaintiff(s)**

Samuel H. Rudman
David A. Rosenfeld
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY  11747
   631/367-7100
   631/367-1173 (Fax)