**Movant's Purchases and Losses**

**Vodafone Group PLC**

| Name | Date | Shares Purchased | Share Price | Total Cost | Date held | Shares Sold | Share Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| The City of Edinburgh Council on Behalf of the Lothian Pension Fund | 06/10/2004 | 133,965 | $2.34 | $313,576.83 | held | 15,666,833 | $2.22 | $34,782,066.93 | |
| The City of Edinburgh Council on Behalf of the Lothian Pension Fund | 06/10/2004 | 260,707 | $2.36 | $614,186.70 | | | | | |
| The City of Edinburgh Council on Behalf of the Lothian Pension Fund | 06/11/2004 | 144,719 | $2.34 | $338,342.75 | | | | | |
| The City of Edinburgh Council on Behalf of the Lothian Pension Fund | 06/14/2004 | 457,567 | $2.32 | $1,060,506.61 | | | | | |
| The City of Edinburgh Council on Behalf of the Lothian Pension Fund | 06/15/2004 | 109,240 | $2.33 | $254,731.98 | | | | | |
| The City of Edinburgh Council on Behalf of the Lothian Pension Fund | 06/16/2004 | 371,417 | $2.33 | $865,424.82 | | | | | |
| The City of Edinburgh Council on Behalf of the Lothian Pension Fund | 06/21/2004 | 105,000 | $2.30 | $241,839.89 | | | | | |
| The City of Edinburgh Council on Behalf of the Lothian Pension Fund | 06/30/2004 | 114,000 | $2.22 | $253,167.32 | | | | | |
| The City of Edinburgh Council on Behalf of the Lothian Pension Fund | 07/01/2004 | 58,293 | $2.18 | $127,018.76 | | | | | |
| The City of Edinburgh Council on Behalf of the Lothian Pension Fund | 09/02/2004 | 1,735,340 | $2.29 | $3,973,206.65 | | | | | |
| The City of Edinburgh Council on Behalf of the Lothian Pension Fund | 09/03/2004 | 1,974,012 | $2.26 | $4,458,486.88 | | | | | |
| The City of Edinburgh Council on Behalf of the Lothian Pension Fund | 10/15/2004 | 119,152 | $2.47 | $293,977.00 | | | | | |
| The City of Edinburgh Council on Behalf of the Lothian Pension Fund | 10/29/2004 | 2,191,000 | $2.58 | $5,650,723.44 | | | | | |
| The City of Edinburgh Council on Behalf of the Lothian Pension Fund | 11/04/2004 | 260,432 | $2.61 | $679,044.96 | | | | | |
| The City of Edinburgh Council on Behalf of the Lothian Pension Fund | 02/09/2005 | 194,751 | $2.62 | $510,247.09 | | | | | |
| The City of Edinburgh Council on Behalf of the Lothian Pension Fund | 02/15/2005 | 605,217 | $2.67 | $1,613,296.38 | | | | | |
| The City of Edinburgh Council on Behalf of the Lothian Pension Fund | 03/16/2005 | 407,952 | $2.67 | $1,090,293.54 | | | | | |
| The City of Edinburgh Council on Behalf of the Lothian Pension Fund | 03/21/2005 | 109,590 | $2.65 | $290,452.82 | | | | | |
| The City of Edinburgh Council on Behalf of the Lothian Pension Fund | 03/21/2005 | 124,998 | $2.63 | $328,918.96 | | | | | |
| The City of Edinburgh Council on Behalf of the Lothian Pension Fund | 03/22/2005 | 66,154 | $2.64 | $174,682.28 | | | | | |
| The City of Edinburgh Council on Behalf of the Lothian Pension Fund | 03/23/2005 | 58,346 | $2.62 | $152,995.29 | | | | | |
| The City of Edinburgh Council on Behalf of the Lothian Pension Fund | 03/30/2005 | 155,730 | $2.63 | $409,732.03 | | | | | |
| The City of Edinburgh Council on Behalf of the Lothian Pension Fund | 03/31/2005 | 54,406 | $2.66 | $144,654.63 | | | | | |
| The City of Edinburgh Council on Behalf of the Lothian Pension Fund | 04/06/2005 | 64,712 | $2.65 | $171,611.56 | | | | | |
| The City of Edinburgh Council on Behalf of the Lothian Pension Fund | 04/11/2005 | 42,000 | $2.68 | $112,376.19 | | | | | |
| The City of Edinburgh Council on Behalf of the Lothian Pension Fund | 06/03/2005 | 368,459 | $2.48 | $914,721.39 | | | | | |
| The City of Edinburgh Council on Behalf of the Lothian Pension Fund | 06/06/2005 | 177,492 | $2.47 | $438,771.23 | | | | | |
| The City of Edinburgh Council on Behalf of the Lothian Pension Fund | 06/07/2005 | 418,706 | $2.50 | $1,046,957.60 | | | | | |
| The City of Edinburgh Council on Behalf of the Lothian Pension Fund | 06/08/2005 | 251,343 | $2.51 | $630,057.21 | | | | | |
| The City of Edinburgh Council on Behalf of the Lothian Pension Fund | 06/27/2005 | 163,592 | $2.45 | $400,875.33 | | | | | |
| The City of Edinburgh Council on Behalf of the Lothian Pension Fund | 06/28/2005 | 149,515 | $2.44 | $364,233.57 | | | | | |
| The City of Edinburgh Council on Behalf of the Lothian Pension Fund | 07/13/2005 | 109,691 | $2.54 | $278,743.26 | | | | | |
| The City of Edinburgh Council on Behalf of the Lothian Pension Fund | 08/05/2005 | 207,139 | $2.61 | $539,759.67 | | | | | |
| The City of Edinburgh Council on Behalf of the Lothian Pension Fund | 09/01/2005 | 866,792 | $2.80 | $2,428,526.25 | | | | | |
| The City of Edinburgh Council on Behalf of the Lothian Pension Fund | 09/15/2005 | 243,292 | $2.79 | $677,789.43 | | | | | |
| The City of Edinburgh Council on Behalf of the Lothian Pension Fund | 11/22/2005 | 16,552 | $2.18 | $36,133.27 | | | | | |
| The City of Edinburgh Council on Behalf of the Lothian Pension Fund | 11/22/2005 | 201,740 | $2.19 | $441,646.43 | | | | | |
| The City of Edinburgh Council on Behalf of the Lothian Pension Fund | 11/23/2005 | 51,421 | $2.17 | $111,565.87 | | | | | |
| The City of Edinburgh Council on Behalf of the Lothian Pension Fund | 11/23/2005 | 90,941 | $2.18 | $198,347.09 | | | | | |
| The City of Edinburgh Council on Behalf of the Lothian Pension Fund | 11/24/2005 | 25,381 | $2.18 | $55,383.56 | | | | | |
| The City of Edinburgh Council on Behalf of the Lothian Pension Fund | 11/28/2005 | 40,765 | $2.20 | $89,508.82 | | | | | |
| The City of Edinburgh Council on Behalf of the Lothian Pension Fund | 11/29/2005 | 15,927 | $2.16 | $34,357.04 | | | | | |
| The City of Edinburgh Council on Behalf of the Lothian Pension Fund | 11/30/2005 | 39,026 | $2.17 | $84,785.31 | | | | | |
| The City of Edinburgh Council on Behalf of the Lothian Pension Fund | 12/16/2005 | 36,029 | $2.17 | $78,239.05 | | | | | |
| The City of Edinburgh Council on Behalf of the Lothian Pension Fund | 12/16/2005 | 1,222,552 | $2.19 | $2,682,599.69 | | | | | |
| The City of Edinburgh Council on Behalf of the Lothian Pension Fund | 01/17/2006 | 243,642 | $2.21 | $537,657.48 | | | | | |
| The City of Edinburgh Council on Behalf of the Lothian Pension Fund | 01/31/2006 | 116,875 | $2.09 | $244,492.04 | | | | | |
| The City of Edinburgh Council on Behalf of the Lothian Pension Fund | 01/31/2006 | 181,006 | $2.09 | $377,981.62 | | | | | |
| The City of Edinburgh Council on Behalf of the Lothian Pension Fund | 01/31/2006 | 239,431 | $2.09 | $499,721.79 | | | | | |
| The City of Edinburgh Council on Behalf of the Lothian Pension Fund | 02/10/2006 | 270,824 | $2.04 | $551,656.89 | | | | | |
| **Movant's Total** | | 15,666,833 | | $37,868,006.19 | | 15,666,833 | | $34,782,066.93 | ($3,085,939.27) |

Opening position of 45,220,806 shares.

*For sedols held at the end of the class period, damages are calculated by multiplying the sedols held by the average sedol price during the 90 calendar days after the end of the class period. The price used is $2.22 as of May 25, 2006.