CERTIFICATION OF NAMED PLAINTIFF
PURSUANT TO FEDERAL SECURITIES LAWS

THE CITY OF EDINBURGH COUNCIL ON BEHALF OF THE LOTHIAN
PENSION FUND ("Plaintiff") declares:

1.    Plaintiff has reviewed a complaint and authorized its filing.

2.    Plaintiff did not acquire the security that is the subject of this action at the
direction of plaintiff's counsel or in order to participate in this private action or any
other litigation under the federal securities laws.

3.    Plaintiff is willing to serve as a representative party on behalf of the
class, including providing testimony at deposition and trial, if necessary.

4.    Plaintiff has made the following transaction(s) during the Class Period in
the securities that are the subject of this action:

| Security | Transaction | Date | Price Per Share |
|----------|-------------|------|-----------------|

See attached Schedule A.

5.    Plaintiff has not sought to serve or served as a representative party for a
class in an action filed under the federal securities laws except as detailed below
during the three years prior to the date of this Certification:

Smith, et al. v. Eli Lilly and Company, et al., No. 1:07-cv-01310-JBW (E.D.N.Y.)
Kairalla v. Amgen Inc., et al., No. CV-07-2536-PSG-PLA (C.D. Cal.)

6.    The Plaintiff will not accept any payment for serving as a representative
party on behalf of the class beyond the Plaintiff's pro rata share of any recovery,

VODAFONE

except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 25th day of October, 2007.

> THE CITY OF EDINBURGH COUNCIL
> ON BEHALF OF THE LOTHIAN
> PENSION FUND
>
> By: _____
>
> Its: ____CLIVE DREVER____
>
> HEAD OF INVESTMENT
> AND PENSIONS

SCHEDULE A

SECURITIES TRANSACTIONS

Acquisitions

| Date Acquired | Type/Amount of Securities Acquired | Price |
|---|---|---|
| 06/10/2004 | 133,965 | $2.34 |
| 06/10/2004 | 260,707 | $2.36 |
| 06/11/2004 | 144,719 | $2.34 |
| 06/14/2004 | 457,567 | $2.32 |
| 06/15/2004 | 109,240 | $2.33 |
| 06/16/2004 | 371,417 | $2.33 |
| 06/21/2004 | 105,000 | $2.30 |
| 06/30/2004 | 114,000 | $2.22 |
| 07/01/2004 | 58,293 | $2.18 |
| 09/02/2004 | 1,735,340 | $2.29 |
| 09/03/2004 | 1,974,012 | $2.26 |
| 10/15/2004 | 119,152 | $2.47 |
| 10/29/2004 | 2,191,000 | $2.58 |
| 11/04/2004 | 260,432 | $2.61 |
| 02/09/2005 | 194,751 | $2.62 |
| 02/15/2005 | 605,217 | $2.67 |
| 03/16/2005 | 407,952 | $2.67 |
| 03/21/2005 | 109,590 | $2.65 |
| 03/21/2005 | 124,998 | $2.63 |
| 03/22/2005 | 66,154 | $2.64 |
| 03/23/2005 | 58,346 | $2.62 |
| 03/30/2005 | 155,730 | $2.63 |
| 03/31/2005 | 54,406 | $2.66 |
| 04/06/2005 | 64,712 | $2.65 |
| 04/11/2005 | 42,000 | $2.68 |
| 06/03/2005 | 368,459 | $2.48 |
| 06/06/2005 | 177,492 | $2.47 |
| 06/07/2005 | 418,706 | $2.50 |
| 06/08/2005 | 251,343 | $2.51 |
| 06/27/2005 | 163,592 | $2.45 |
| 06/28/2005 | 149,515 | $2.44 |
| 07/13/2005 | 109,691 | $2.54 |
| 08/05/2005 | 207,139 | $2.61 |
| 09/01/2005 | 866,792 | $2.80 |
| 09/15/2005 | 243,292 | $2.79 |
| 11/22/2005 | 16,552 | $2.18 |
| 11/22/2005 | 201,740 | $2.19 |
| 11/23/2005 | 51,421 | $2.17 |
| 11/23/2005 | 90,941 | $2.18 |
| 11/24/2005 | 25,381 | $2.18 |
| 11/28/2005 | 40,765 | $2.20 |
| 11/29/2005 | 15,927 | $2.16 |
| 11/30/2005 | 39,026 | $2.17 |

Acquisitions (cont.)

| Date Acquired | Type/Amount of Securities Acquired | Price |
|---|---|---|
| 12/16/2005 | 36,029 | $2.17 |
| 12/16/2005 | 1,222,552 | $2.19 |
| 01/17/2006 | 243,642 | $2.21 |
| 01/31/2006 | 116,875 | $2.09 |
| 01/31/2006 | 181,006 | $2.09 |
| 01/31/2006 | 239,431 | $2.09 |
| 02/10/2006 | 270,824 | $2.04 |

Sales

| Date Sold | Type/Amount of Securities Sold | Price |
|---|---|---|
| 06/24/2004 | 1,069,000 | $2.23 |
| 08/31/2004 | 4,481,010 | $2.30 |
| 11/08/2004 | 29,264 | $2.59 |
| 11/18/2004 | 72,000 | $2.72 |
| 11/18/2004 | 73,000 | $2.72 |
| 02/11/2005 | 100,000 | $2.60 |
| 02/28/2005 | 178,000 | $2.65 |
| 04/20/2005 | 150,000 | $2.63 |
| 07/05/2005 | 1,291,726 | $2.39 |
| 07/20/2005 | 720,025 | $2.47 |
| 11/17/2005 | 344,000 | $2.22 |
| 11/18/2005 | 420,000 | $2.21 |
| 11/21/2005 | 422,000 | $2.16 |
| 12/09/2005 | 397,000 | $2.26 |
| 12/12/2005 | 166,000 | $2.27 |
| 12/13/2005 | 167,000 | $2.27 |
| 12/14/2005 | 319,147 | $2.23 |
| 12/14/2005 | 510,635 | $2.22 |
| 12/15/2005 | 186,251 | $2.21 |
| 12/16/2005 | 224,622 | $2.18 |
| 12/19/2005 | 783,000 | $2.15 |
| 12/19/2005 | 786,000 | $2.17 |
| 12/20/2005 | 90,268 | $2.17 |
| 12/21/2005 | 318,946 | $2.16 |
| 01/03/2006 | 445,320 | $2.19 |
| 01/04/2006 | 445,320 | $2.20 |
| 01/05/2006 | 421,249 | $2.21 |
| 01/06/2006 | 421,249 | $2.30 |
| 01/09/2006 | 77,281 | $2.35 |
| 01/09/2006 | 421,248 | $2.33 |
| 01/10/2006 | 487,536 | $2.29 |
| 02/10/2006 | 122,628 | $2.10 |
| 02/17/2006 | 494,265 | $2.19 |

*Opening position of 45,220,806 shares.