UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x
THE CITY OF EDINBURGH COUNCIL ON  :  Civil Action No. 1:07-cv-09921-PKC
BEHALF OF THE LOTHIAN PENSION  :
FUND, On Behalf of Itself and All Others  :  <u>CLASS ACTION</u>
Similarly Situated,  :
  :  NOTICE OF NON-OPPOSITION TO THE
               Plaintiff,  :  CITY OF EDINBURGH COUNCIL ON
  :  BEHALF OF THE LOTHIAN PENSION
  :  FUND'S MOTION FOR APPOINTMENT AS
     vs.  :  LEAD PLAINTIFF AND FOR APPROVAL
  :  OF SELECTION OF LEAD COUNSEL
VODAFONE GROUP PUBLIC LIMITED  :
COMPANY, et al.,  :
  :
           Defendants.  :
  :
———————————————————— x

On January 14, 2008, within 60 days of the publication of the requisite notice on November 15, 2007, Institutional Investor The City of Edinburgh Council on Behalf of the Lothian Pension Fund ("The City of Edinburgh Council") timely filed a Motion for Appointment as Lead Plaintiff and for Approval of Selection of Lead Counsel.  No other motions were filed. Therefore, The City of Edinburgh Council respectfully submits this notice to inform the Court that its motion is unopposed.

As set forth in its prior submission, The City of Edinburgh Council: (i) timely filed its motion; (ii) has the largest financial interest in the relief sought by the class (having suffered losses of $3,085,939.27); (iii) satisfies Federal Rule of Civil Procedure 23; and (iv) typifies the type of investor encouraged by Congress to serve as lead plaintiff in cases such as this.  *See* 15 U.S.C. §78u-4(a)(3)(B); *see also Ferrari v. Impath, Inc.,* No. 03 Civ. 5667, 2004 U.S. Dist. LEXIS 13898, at *10 (S.D.N.Y. July 15, 2004) (holding that the purpose behind the PSLRA is best achieved by encouraging institutional investors to serve as lead plaintiffs).

Accordingly, pursuant to the Private Securities Litigation Reform Act of 1995, The City of Edinburgh Council is the "most adequate plaintiff" to lead this litigation on behalf of the class and its selection of lead counsel should be approved.  *See* 15 U.S.C. §78u-4(a)(3)(B)(iii); *see also Fitzgerald v. Citigroup Inc.*, No. 03 Civ. 4305 (DAB), 2004 U.S. Dist. LEXIS 5066, at *12-*13 (S.D.N.Y. Mar. 26, 2004) (granting unopposed lead plaintiff motion); *Martingano v. Am. Int'l Group, Inc.*, No. 06-CV-1625 (JG) (JMA), 2006 U.S. Dist. LEXIS 47855, at *10-*11 (E.D.N.Y. July 11, 2006) (same); *In re Symbol Techs. Sec. Litig.*, No. 05-CV-3923 (DRH)(JO), 2006 U.S. Dist. LEXIS 24776 (E.D.N.Y. Apr. 26, 2006) (same).

DATED: February 1, 2008

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD


*/s/ David A. Rosenfeld*
DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

[Proposed] Lead Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I, David A. Rosenfeld, hereby certify that, on February 1, 2008, I caused a true

and correct copy of the attached:

> Notice of Non-Opposition to The City of Edinburgh Council on Behalf of the
> Lothian Pension Fund's Motion for Appointment as Lead Plaintiff and for
> Approval of Selection of Lead Counsel

to be served: (i) electronically on all counsel registered for electronic service for this

case; and (ii) by first-class mail to any additional counsel.


                                          _/s/ David A. Rosenfeld_
                                          David A. Rosenfeld

VODAFONE 07

Service List - 1/10/2008    (07-0242)

Page 1 of  1

## Counsel For Defendant(s)

Theodore  Edelman

Sullivan & Cromwell LLP

125 Broad Street

New York, NY  10004-2498

   212/558-4000

   212/558-3588 (Fax)


## Counsel For Plaintiff(s)

Samuel H. Rudman

David A. Rosenfeld

Coughlin Stoia Geller Rudman & Robbins LLP

58 South Service Road, Suite 200

Melville, NY  11747

   631/367-7100

   631/367-1173 (Fax)