UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x
THE CITY OF EDINBURGH COUNCIL ON : Civil Action No. 1:07-cv-09921-PKC
BEHALF OF THE LOTHIAN PENSION :
FUND, On Behalf of Itself and All Others : CLASS ACTION
Similarly Situated, :
: STIPULATION AND [PROPOSED] ORDER
           Plaintiff, :
:
vs. :
:
VODAFONE GROUP PUBLIC LIMITED :
COMPANY, et al., :
:
           Defendants. :
:
---------------------------------------- x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/08

Subject to the approval of the Court, counsel for proposed Lead Plaintiff The City of Edinburgh Council on Behalf of the Lothian Pension Fund ("Lead Plaintiff") and counsel for Defendants Vodafone Group Public Limited Company, Arun Sarin, Sir Julian M. Horn-Smith, Kenneth J. Hydon, Andrew N. Halford, Peter R. Bamford, Paul M. Donovan, Jürgen Von Kuczkowski, Thomas Geitner, Alan P. Harper and Lord Ian Maclaurin, (collectively, "Defendants") have conferred and agree upon the following:

1. Sullivan & Cromwell LLP is authorized to accept service on behalf of Defendants and does hereby accept service of the Summons and Complaint in this action without prejudice and without waiver of Defendants' defenses except as to sufficiency of service of process.

2. Since this action is governed by the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. §78u-4 et seq., and it is anticipated that an amended complaint will be filed after the Court appoints a Lead Plaintiff and Lead Counsel in the action, Defendants are not required to respond to the complaint at this time.

3. Pursuant to the PSLRA, all discovery is stayed during the pendency of any motion to dismiss "unless the court finds, upon the motion of any party, that particularized discovery is necessary to preserve evidence or to prevent undue prejudice to that party." 15 U.S.C. §78u-4(b)(3)(B). During the pendency of the PSLRA's discovery stay, Defendants are to comply with the provisions of 15 U.S.C. §78u-4(b)(3)(c)(i) concerning document preservation.

4. Not later than ~~forty-five (45)~~ thirty (30) days after entry of an Order appointing Lead Plaintiff and Lead Counsel, Lead Plaintiff shall file an amended class action complaint ("Amended Complaint"), which shall be deemed the operative complaint. *PKC*

5. Defendants shall answer or otherwise respond to the Amended Complaint within ~~forty-five (45)~~ thirty (30) days after service of the Amended Complaint. *PKC*

- 1 -

6. Should Defendants file a motion to dismiss the Amended Complaint ("Motion to Dismiss"), Lead Plaintiff shall file its opposition to any Motion to Dismiss within ~~forty-five (45)~~ thirty 30 days after service of the Motion to Dismiss.  /PKC

7. Defendants shall file their reply to Lead Plaintiff's opposition to the Motion to Dismiss within ~~thirty (30)~~ twenty 20 days after service of the opposition to the Motion to Dismiss.  /PKC

DATED: January 28, 2008         COUGHLIN STOIA GELLER
                                RUDMAN & ROBBINS LLP


                                _____
                                SAMUEL H. RUDMAN

                                SAMUEL H. RUDMAN
                                DAVID A. ROSENFELD
                                MARIO ALBA JR.
                                58 South Service Road, Suite 200
                                Melville, NY 11747
                                Telephone: 631/367-7100
                                631/367-1173 (fax)

                                Counsel for Plaintiff

DATED: January 28, 2008         SULLIVAN & CROMWELL LLP


                                _____
                                THEODORE EDELMAN

                                125 Broad Street
                                New York, New York 10004-2498
                                Telephone: 212/558-4000
                                212/558-3588 (fax)

                                Counsel for Defendants

- 2 -

* * * *

IT IS SO ORDERED.

DATED: 2-4-08

_____
THE HONORABLE P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE

I:\Vodafone\LP Motion\080117 stip and prop ord.doc

- 3 -