UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/08

------------------------------------- x
THE CITY OF EDINBURGH COUNCIL ON  :   Civil Action No. 07-cv-09921
BEHALF OF THE LOTHIAN PENSION     :
FUND, On Behalf of Itself and All Others   :   CLASS ACTION
Similarly Situated,               :
                                  :   [PROPOSED] ORDER APPOINTING LEAD
            Plaintiff,            :   PLAINTIFF AND APPROVING
                                  :   SELECTION OF LEAD COUNSEL
     vs.                          :
                                  :
VODAFONE GROUP PUBLIC LIMITED     :
COMPANY, et al.,                  :
                                  :
            Defendants.           :
------------------------------------- x

Having considered the Motion of The City of Edinburgh Council on Behalf of the Lothian Pension Fund ("The City of Edinburgh Council") for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel and the Memorandum of Law and Declaration of David A. Rosenfeld, in support thereof, and good cause appearing therefor:

1. The City of Edinburgh Council is hereby appointed Lead Plaintiff for the class pursuant to Section 21D of the Securities Exchange Act of 1934; and

2. The law firm of Coughlin Stoia Geller Rudman & Robbins LLP is hereby appointed Lead Counsel.

IT IS SO ORDERED.

DATED: 2-22-08

THE HONORABLE P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE

- 1 -