

# COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP

SAN DIEGO · SAN FRANCISCO
NEW YORK · BOCA RATON
WASHINGTON, DC · HOUSTON
LOS ANGELES · PHILADELPHIA

David A. Rosenfeld
DRosenfeld@csgrr.com

| USDS SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 2/25/08 |

# MEMO ENDORSED

February 25, 2008

VIA FACSIMILE

Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street, Room 2260
New York, NY 10007

Re: *The City of Edinburgh Council on Behalf of the Lothian Pension Fund v. Vodafone Group Public Limited Co.*, Case No. 1:07-cv-09921-PKC

Dear Judge Castel:

We represent Lead Plaintiff The City of Edinburgh Council on Behalf of the Lothian Pension Fund in the above-referenced action, which alleges violations of the federal securities laws. We write to respectfully request that the Court adjourn the initial pretrial conference in this matter, which is currently scheduled for February 29, 2008 at 10:30 a.m.

Pursuant to the stipulation executed by plaintiff and defendants on January 28, 2008, and amended and entered by the Court on February 4, 2008 (attached hereto as Exhibit A), plaintiff's amended complaint is to be filed 30 days after entry of the Order appointing Lead Plaintiff and Lead Counsel, while defendants have 30 days thereafter to file a motion to dismiss the amended complaint. Pursuant to the Private Securities Litigation Reform Act ("PSLRA"), all discovery is stayed during the pendency of any motion to dismiss "unless the court finds, upon the motion of any party, that particularized discovery is necessary to preserve evidence or to prevent undue prejudice to that party." 15 U.S.C. §78u-4(b)(3)(B). During the pendency of the PSLRA's discovery stay, defendants are to comply with the provisions of 15 U.S.C. §78u-4(b)(3)(c)(i) concerning document preservation.

Although counsel for the parties are prepared to attend the initial pretrial conference on the date previously scheduled by the Court, in light of the parties' stipulation and the Court's February 4, 2008 Order, the parties respectfully submit that it would better serve the resources of the Court to reschedule the initial pretrial conference for a date and time after the amended complaint has been filed and defendants' anticipated motion to dismiss is fully briefed.

58 South Service Road, Suite 200 • Melville, New York 11747 • 631.367.7100 • Fax 631.367.1173 • www.csgrr.com





Honorable P. Kevin Castel
February 25, 2008
Page 2

This is the second request for an adjournment of the initial pretrial conference in this matter. The first request was made on December 20, 2007, prior to the application for appointment of the Lead Plaintiff.

Respectfully submitted,

David A. Rosenfeld

cc: Theodore Edelman, Esq. (Counsel for defendants)
Gandolfo DiBlasi, Esq. (Counsel for defendants)

DAR:jkm

*[Handwritten: Conference adjourned from February 29 to April 4, 2008 at 10:30 a.m. SO ORDERED. /s/ USDJ 2-25-08]*

