**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE CITY OF EDINBURGH COUNCIL ON BEHALF OF THE LOTHIAN PENSION FUND, On Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VODAFONE GROUP PUBLIC LIMITED COMPANY, ARUN SARIN, SIR JULIAN M. HORN-SMITH, KENNETH J. HYDON, ANDREW N. HALFORD, PETER R. BAMFORD, PAUL N. DONOVAN, JURGEN VON KUCZKOWSKI, THOMAS GEITNER, ALAN P. HARPER and LORD IAN MacLAURIN,<br><br>Defendants. | Case No. 07 CIV 9921 (PKC)<br><br><br><br>**RULE 7.1 STATEMENT**<br>**OF VODAFONE GROUP PLC** |

Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, and with full reservation of all rights and defenses, the undersigned counsel for defendant Vodafone Group Plc (a private non-governmental party) certifies that Vodafone Group Plc is a publicly held corporation organized under the laws of the United Kingdom. Vodafone has no parent company and no publicly held company has a 10% or greater ownership interest in Vodafone. Vodafone Group Plc holds an indirect 45% interest in Verizon Wireless, a subsidiary of Verizon Communications, a publicly held company.

Dated: New York, New York
         February 29, 2008

/s/ Theodore Edelman
Theodore Edelman
Attorney Bar Code: TE-4678

SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10007-2498

Tel: (212) 558-4000
Fax: (212) 558-3588

*Counsel for Defendants*
