UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE CITY OF EDINBURGH COUNCIL ON BEHALF OF THE LOTHIAN PENSION FUND, On Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VODAFONE GROUP PUBLIC LIMITED COMPANY, ARUN SARIN, SIR JULIAN M. HORN-SMITH, KENNETH J. HYDON, ANDREW N. HALFORD, PETER R. BAMFORD, PAUL N. DONOVAN, JURGEN VON KUCZKOWSKI, THOMAS GEITNER, ALAN P. HARPER and LORD IAN MacLAURIN,<br><br>Defendants. | Case No. 07 CIV 9921 (PKC)<br><br><br>**NOTICE OF APPEARANCE OF ELIZABETH K. EHRLICH** |

To the Clerk of this court and all parties of record:

With full reservations of all rights and defenses on behalf of all defendants, please enter my appearance as counsel in this case for defendants Vodafone Group Public Limited Company, Peter R. Bamford, Paul N. Donovan, Thomas Geitner, Andrew N. Halford, Alan P. Harper, Sir Julian M. Horn-Smith, Kenneth J. Hydon, Lord Ian MacLaurin, Arun Sarin and Jurgen Von Kuczkowski.

I certify that I am admitted to practice in this court.

Dated:  New York, New York
         February 29, 2008

- 2 -

/s/ Elizabeth K. Ehrlich
Elizabeth K. Ehrlich
Attorney Bar Code:  EE-1243

SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2498

Tel: (212) 558-4000
Fax: (212) 558-3588

*Counsel for Defendants*