UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

THE CITY OF EDINBURGH COUNCIL ON
BEHALF OF THE LOTHIAN PENSION FUND,

                    Plaintiff,              07 Civ. 9921 (PKC)

     -against-

                                                ORDER

VODAFONE GROUP PUBLIC LIMITED
COMPANY, et al.,

                    Defendants.

------------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

        The personal jurisdiction issue appears to have been resolved by way of a dismissal and tolling agreement. Having been apprised of defendants' arguments, plaintiff does not wish to amend its pleading prior to any motion to dismiss. At this point I do not see a need for a reply or sur-reply.

        Defendants may file their motion to dismiss by June 6, 2008. Plaintiff may respond by July 11, 2008. Defendant may reply by August 5, 2008. The parties should make arrangements for a mediation session to be held shortly after August 5, 2008.

        The May 30, 2008 conference is vacated.

        SO ORDERED.

                                                      P. Kevin Castel
                                                    United States District Judge

Dated: New York, New York
         May 5, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/08