USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| THE CITY OF EDINBURGH COUNCIL ON BEHALF OF THE LOTHIAN PENSION FUND, On Behalf of Itself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> VODAFONE GROUP PUBLIC LIMTED COMPANY, et al., <br><br> Defendants. | 9921 <br> Civ. Action No. 1:07-cv-~~09921~~-PKC <br><br> CLASS ACTION <br><br> STIPULATION AND [~~PROPOSED~~ ORDER]: ENLARGING PAGE LIMITS |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WHEREAS, on March 26, 2008, Plaintiff served and filed its *Amended Complaint for Violation of the Federal Securities Laws* (the "Amended Complaint") in the above-captioned action;

WHEREAS, Defendants have sought leave to file a motion to dismiss the Amended Complaint pursuant to Rule 12(b) of the Federal Rules of Civil Procedure (the "Motion");

WHEREAS, by Order entered on May 5, 2008, the Court, among other things, authorized Defendants to file the Motion on or before June 6, 2008 and further authorized Plaintiff to submit a response to the Motion on or before July 11, 2008 and Defendants to reply to Plaintiff's response on or before August 5, 2008;

WHEREAS, the parties anticipate addressing in their submissions relating to the Motion both jurisdictional issues and issues concerning the sufficiency of the pleading in the Amended Complaint; and

WHEREAS, the parties believe that it is likely that, in order to provide appropriate attention to the issues raised in the Motion, they would find it necessary to file submissions exceeding the Court's page limits for motion briefs.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to the approval of the Court, that:

1. Defendants' Memorandum of Law in Support of the Motion shall not exceed thirty (30) pages.

2. Plaintiff's Memorandum of Law in opposition to the Motion shall not exceed thirty (30) pages.

3. Defendants' reply Memorandum of Law in support of the Motion shall not exceed fifteen (15) pages.

DATED: May 23, 2008                     **COUGHLIN STOIA GELLER**
                                        **RUDMAN & ROBBINS LLP**
                                        SAMUEL H. RUDMAN
                                        DAVID A. ROSENFELD
                                        MARK S. REICH

                                        *David Rosenfeld / jtr*
                                        DAVID A. ROSENFELD

                                        58 South Service Road, Suite 200
                                        Melville, NY 11747
                                        Tel: (631) 367-7100
                                        Fax: (631)367-1173

                                        *Lead Counsel for Plaintiffs*


DATED: May 23, 2008                     **SULLIVAN & CROMWELL LLP**
                                        GANDOLFO V. DIBLASI
                                        THEODORE EDELMAN
                                        JORDAN T. RAZZA

                                        *Theodore Edelman / jtr*
                                        THEODORE EDELMAN

                                        125 Broad Street
                                        New York, NY 10004
                                        Tel: (212) 558-4000
                                        Fax: (212) 558-3588

                                        *Counsel for Defendants*

IT IS SO ORDERED.
DATED: 5-27-08

                                        THE HONORABLE P. KEVIN CASTEL
                                        UNITED STATES DISTRICT JUDGE

3