USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x

THE CITY OF EDINBURGH COUNCIL ON :
BEHALF OF THE LOTHIAN PENSION
FUND, On Behalf of Itself and All Others :
Similarly Situated,

              Plaintiff,

    vs.

VODAFONE GROUP PUBLIC LIMITED
COMPANY, et al.,

             Defendants.

———————————————————— x

Civil Action No. 1:07-cv-09921-PKC

CLASS ACTION

STIPULATION AND [PROPOSED ORDER]:
1) DISMISSING CERTAIN DEFENDANTS
WITHOUT PREJUDICE; AND 2) ADDING
NAMED PLAINTIFF

WHEREAS, on March 26, 2008, Lead Plaintiff filed and served an amended complaint naming Vodafone Group Public Limited Company, Arun Sarin ("Sarin"), Sir Julian M. Horn-Smith ("Horn-Smith"), Andrew N. Halford ("Halford"), Lord Ian MacLaurin ("MacLaurin"), Peter R. Bamford ("Bamford"), Paul M. Donovan ("Donovan"), Jürgen von Kuczkowski ("von Kuczkowski"), Thomas Geitner ("Geitner"), Alan P. Harper ("Harper") and Kenneth J. Hydon ("Hydon") as defendants;

WHEREAS, on or about April 17, 2008, Lead Plaintiff entered into a Tolling Agreement with respect to the claims asserted against defendants Horn-Smith, Bamford, Donovan, von Kuczkowski, Geitner and Harper; and

WHEREAS, City of Sterling Heights Police & Fire Retirement System, a U.S.-based purchaser of Vodafone ADRs during the Class Period, has provided the Court and defendants with a certification pursuant to the Private Securities Litigation Reform Act of 1995 and intends to join this action as an additional plaintiff to address any perceived concerns about Lead Plaintiff's ability to represent the entire Class at this juncture of the litigation;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to the approval of the Court, that: 1) the claims against defendants Horn-Smith, Bamford, Donovan, von Kuczkowski, Geitner and Harper are hereby dismissed without prejudice; 2) City of Sterling Heights Police & Fire Retirement System shall be, and hereby is, included as an additional Named Plaintiff in the amended complaint; and 3) all of the parties' respective claims and defenses are preserved.

DATED: May 23 2008

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARK S. REICH

_____
DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

Lead Counsel for Plaintiff

DATED: May 23, 2008

SULLIVAN & CROMWELL LLP
THEODORE EDELMAN
JORDAN T. RAZZA

_____
THEODORE EDELMAN

125 Broad Street
New York, NY 10004
Telephone: 212/558-4000
212/558-3588 (fax)

Counsel for Defendants

IT IS SO ORDERED,
DATED: 5-27-08

_____
THE HONORABLE P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE

- 2 -