**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

| | | |
|---|---|---|
| THE CITY OF EDINBURGH COUNCIL ON BEHALF OF THE LOTHIAN PENSION FUND, On Behalf of Itself and All Others Similarly Situated, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 07 Civ. 9921 (PKC) |
| v. | : | |
| | : | |
| VODAFONE GROUP PUBLIC LIMTED COMPANY, et al., | : | |
| Defendants. | | |

------------------------------------- x

**EXHIBIT C TO THE DECLARATION OF JORDAN T. RAZZA**



# VODAFONE GROUP PUBLIC LTD CO
(VOD)

VODAFONE HOUSE
THE CONNECTION
NEWBURY, BERKSHIRE, X0 RG14 2FN
011−44−1635−
http://www.vodafone.com/

# 6−K

**6−K**
**Filed on 09/27/2004 − Period: 09/27/2004**
File Number 001−10086



LIVEDGAR® Information Provided by Global Securities Information, Inc.
800.669.1154
www.gsionline.com

# Form 6–K

## SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

**Report of Foreign Private Issuer**

**Pursuant to Rules 13a–16 or 15d–16 of
the Securities Exchange Act of 1934**

Dated September 27, 2004

# VODAFONE GROUP
# PUBLIC LIMITED COMPANY

(Exact name of registrant as specified in its charter)

VODAFONE HOUSE, THE CONNECTION, NEWBURY, BERKSHIRE, RG14 2FN, ENGLAND
(Address of principal executive offices)

Indicate by check mark whether the registrant files or will file annual reports under cover Form 20–F or Form 40–F.

Form 20–F   ☒         Form 40–F   ☐

Indicate by check mark whether the registrant by furnishing the information contained in this Form is also thereby furnishing the information to the Commission pursuant to Rule 12g3–2(b) under the Securities Exchange Act of 1934.

Yes   ☐         No   ☒

If "Yes" is marked, indicate below the file number assigned to the registrant in connection with Rule 12g3–2(b): 82 _____

This Report on Form 6–K contains a news release issued by Vodafone Group Plc on September 27, 2004, entitled "VODAFONE ANALYST AND INVESTOR DAY".

27 September 2004

**VODAFONE ANALYST AND INVESTOR DAY**

Vodafone Group Plc ("Vodafone") is hosting today an analyst and investor day at its headquarters in Newbury, England.

The day will principally consist of a series of presentations by the senior management from Vodafone's largest operating companies and from Verizon Wireless, its associated undertaking in the United States. The presentations by Vodafone UK, Vodafone Japan, Vodafone Italy, Verizon Wireless and Vodafone Germany will provide an overview of each of the individual businesses.

Arun Sarin, Chief Executive of Vodafone, will introduce the day's events by reiterating the guidance for the current financial year as outlined at the company's preliminary results announcement in May 2004.

In addition, Vodafone will confirm that it expects to reduce mobile capital expenditure to less than 10% of mobile revenue in the year to 31 March 2008.

Vodafone will also disclose its expectations of the financial benefits of its One Vodafone programme to deliver the benefits of scale and scope. The One Vodafone initiatives are expected to achieve £2.5 billion of annual pre–tax operating free cash flow improvements by the year ending 31 March 2008. Cost initiatives are anticipated to generate improvements of £1.4 billion, with a further £1.1 billion from revenue initiatives. Further details of the anticipated benefits of the One Vodafone programme will be given in the full presentation and related materials.

In addition, Vodafone will be providing an update on the impact of the transition to International Financial Reporting Standards ("IFRS"), in particular the scope of consolidation for some of its operating companies. Under IFRS, Vodafone's 76.8% interest in Vodafone Italy and its interests in five other operating companies (South Africa, Romania, Poland, Fiji and Kenya) will be accounted for as joint ventures and will therefore be proportionately consolidated. Vodafone is well advanced in its preparations for these accounting changes and will report under IFRS from 1 April 2005.

The event will be broadcast live via a webcast available on the Vodafone website (www.vodafone.com/investor) beginning at 10.00am (UK time). All presentations and related materials will be made available through the webcast.

– ends –

**For further information:**

**Vodafone Group**

**Investor Relations**
Melissa Stimpson
Darren Jones
Tel:  +44 (0) 1635 673310

**Media Relations**
Bobby Leach
Ben Padovan
Tel:  +44 (0) 1635 673310

**Tavistock Communications**
Lulu Bridges
Justin Griffiths
Tel:  +44 (0) 20 7920 3150

**Forward Looking Statements**
This press release contains forward–looking statements about the projected benefits of the One Vodafone initiative, including cost–savings and revenue and cash flow benefits, and about the ratio of capital expenditures to sales. The statements are subject to risks and uncertainties because they relate to future events. Some of the facts which may cause actual results to differ from these forward looking statements are discussed in the written materials that accompany the presentations for the investor day referred to in this release and others can be found by referring to the information contained under the headings "Cautionary Statement Regarding Forward Looking Statements" and "Risk Factors" in our Annual Report & Accounts and Form 20–F for the year ended 31 March 2004.  The written materials accompanying the investor day presentation and our Annual Report & Accounts and Form 20–F can be found on our website.

**Non–GAAP Financial Information**
This press release also contains certain non–GAAP financial information.  The Vodafone Group's management believes these measures provide valuable additional information in understanding the performance of the Vodafone Group or the Vodafone Group's businesses because they provide measures used by the Vodafone Group to assess performance.  Although these measures are important in the management of the business, they should not be viewed as replacements for, but rather as complementary to, the comparable GAAP measures such as turnover and reported items on the consolidated profit and loss account or the consolidated statement of cash flows.

SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorised.

VODAFONE GROUP  
PUBLIC LIMITED COMPANY  
(Registrant)

Dated: September 27, 2004

By: /s/   S R SCOTT  
Name:   Stephen R. Scott  
Title:   Company Secretary