**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| THE CITY OF EDINBURGH COUNCIL ON BEHALF OF THE LOTHIAN PENSION FUND, On Behalf of Itself and All Others Similarly Situated, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 07 Civ. 9921 (PKC) |
| v. | : | |
| | : | |
| VODAFONE GROUP PUBLIC LIMTED COMPANY, et al., | : | |
| Defendants. | | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**EXHIBIT J TO THE DECLARATION OF JORDAN T. RAZZA**

**RIS *from* Perfect Information Ltd**

Application Copyright 1995 Perfect Information Ltd

| Number : | 0939W | Date : | 22/12/2005 |
|---|---|---|---|
| Company : | VODAFONE GROUP PLC | Time : | 10:57:33 |

## Director/PDMR Shareholding

```
RNS Number:0939W
Vodafone Group Plc
22 December 2005

NOTIFICATION OF TRANSACTIONS OF DIRECTORS, PERSONS DISCHARGING MANAGERIAL
RESPONSIBILITY OR CONNECTED PERSONS

Vodafone Group Plc ("the Company")

In accordance with Section 329 of the Companies Act 1985 and Disclosure Rule
3.1.4R(1), I have to inform you that the Company has today been advised that
Arun Sarin, the Chief Executive of the Company, acquired an interest in 100,000
shares of US$0.10 each in the Company at a price of 123.5p per share on
Wednesday 21 December 2005 and accordingly Mr Sarin's total interest is now
4,944,000 shares (excluding unexercised share options and incentive shares).




Stephen Scott
Group General Counsel and Company Secretary


                 This information is provided by RNS
         The company news service from the London Stock Exchange
END

RDSILFEIFDLFFIE

RIS item disseminated by London Stock Exchange
```