UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
THE CITY OF EDINBURGH COUNCIL
ON BEHALF OF THE LOTHIAN
PENSION FUND, On Behalf of Itself and
All Others Similarly Situated,

                Plaintiff,

    v.

VODAFONE GROUP PUBLIC LIMITED
COMPANY, et al.,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil. Action No. 07 Civ. 9921 (PKC)

## [**PROPOSED**] **ORDER**

       Upon consideration of the parties' arguments with respect to Defendants' Motion to Dismiss the Amended Complaint, including Defendants' Motion to Dismiss and Supporting Memorandum and the Declaration of Jordan T. Razza (executed on June 6, 2008) and Exhibits A-J thereto, Plaintiffs' Brief in Opposition and Defendants' Brief in Reply, it is hereby ORDERED that Defendants' Motion to Dismiss the Amended Complaint With Prejudice is GRANTED and that Complaint is dismissed on the merits in its entirety and with prejudice.

    SO ORDERED

New York, New York

this \_\_\_\_ day of _____, 2008.

                                        _____
                                        HON. P. KEVIN CASTEL
                                        UNITED STATES DISTRICT JUDGE