# CERTIFICATE OF SERVICE

I, Jordan T. Razza, hereby certify that, on June 6, 2008, I caused true and correct copies of: (1) Defendants' Notice of Motion; (2) Defendants' Memorandum of Law in Support of Defendants' Motion To Dismiss The Amended Complaint; (3) the Declaration of Jordan T. Razza, executed on June 6, 2008, and Exhibits A-J thereto; and (4) Defendants' Proposed Order; to be served electronically upon the following counsel for Plaintiffs:

Samuel H. Rudman, Esq.
David A. Rosenfeld, Esq.
Mark S. Reich, Esq.
COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
58 South Service Road, Suite 200
Melville, New York  11747
Tel: (631) 367-7100
Fax: (631) 367-1173

I further certify that a true and correct copy of the Compendium of Unreported Decisions cited in Defendants' Memorandum of Law and courtesy copies of the electronically filed documents were served on counsel for Plaintiffs today by Federal Express.

Dated:  June 6, 2008                                    /s/ Jordan T. Razza
                                                        Jordan T. Razza