UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
THE CITY OF EDINBURGH COUNCIL :
ON BEHALF OF THE LOTHIAN :
PENSION FUND, On Behalf of Itself and :
All Others Similarly Situated, :
 :
                Plaintiff, :   Civil. Action No. 07 Civ. 9921 (PKC)
     v. :
 :
VODAFONE GROUP PUBLIC LIMITED :
COMPANY, et al., :
 :
                Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## [PROPOSED] ORDER

       Upon consideration of the parties' arguments with respect to Defendants' Motion to Dismiss the Amended Complaint, including Defendants' Motion to Dismiss and Supporting Memorandum and the Declaration of Jordan T. Razza (executed on June 6, 2008) and Exhibits A-J thereto, Plaintiffs' Brief in Opposition and Defendants' Brief in Reply, it is hereby ORDERED that Defendants' Motion to Dismiss the Amended Complaint With Prejudice is GRANTED and that Complaint is dismissed on the merits in its entirety and with prejudice.

     SO ORDERED

New York, New York

this ____ day of _____, 2008.

                                                      _____
                                                      HON. P. KEVIN CASTEL
                                                      UNITED STATES DISTRICT JUDGE