COUGHLIN
STOIA
GELLER
RUDMAN
& ROBBINS

SAN DIEGO · SAN FRANCISCO
NEW YORK · BOCA RATON
WASHINGTON, DC · HOUSTON
LOS ANGELES · PHILADELPHIA

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/08

Mark S. Reich
MReich@csgrr.com

# MEMO ENDORSED

July 15, 2008

*[Handwritten note:]* With due respect, this Court did not give plaintiff a week or so to respond to defendants' motion. The motion schedule was set on May 5 and required a response by July 11. Four days before its response was due, plaintiff's counsel sought to vacate the May 5 briefing schedule. Time for response extended to July 22. Any reply due by August 22.

SO ORDERED
*[signature]* USDJ
7-15-08

Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street, Room 2260
New York, New York  10007

VIA FACSIMILE

Re:     The City of Edinburgh Council on Behalf of the Lothian Pension Fund vs.
        Vodafone Group Public Limited Company, et al. Case No. 07-cv-09921

Dear Judge Castel:

        As counsel for Lead Plaintiff in the above-captioned matter, we write to Your Honor in connection with the Order scheduling July 18, 2008 as the deadline for Lead Plaintiff to respond to Defendants' motion to dismiss. Your Honor signed the Order at issue on July 11, 2008 and scheduled Lead Plaintiffs' response to be filed a full week later. However, the Order was not transmitted to the parties through the Court's ECF system until yesterday evening, July 14, 2008. The purpose of this letter is simply to ask for a full week for Lead Plaintiff to file its opposition, as originally proposed by Your Honor's Order. Lead Plaintiff, therefore, respectfully requests that the deadline for Lead Plaintiff to respond to Defendants' motion to dismiss be reset to July 22, 2008.

        Defendants have advised us that they are amendable to whatever schedule the Court wants and take no position on the requested extension.

        We thank the Court for its time and attention to this request and hope that it is received by Your Honor as a reasonable request.

Respectfully submitted,

*[signature]*

Mark S. Reich

cc:     Theodore Edelman (via facsimile)