# roup PLC

## hares and ADSs

## February 28, 2006

Common Shares — ADRs

adopt IFRS for F06. goodwill necessary. gures will carry pairment reviews "Very difficult to anwinds."

ndamentals in etition not hurting

5/24/05 05 YE results. FY05 results met/exceeded all targets. Highlights operational and financial strength. Despite increasing competitive pressures, able to deliver superior results. Good performance by Italy/Germany despite very competitive backdrop. "On track" to deliver benefits of One Vodafone Limited benefits flowing to financial statements. Will deliver the the targets we have set. Business "robust" in Italy. Strong positives in Germany -- EBITDA margin highest of all mobile networks operations. Outperforming competitors in Europe. Margins up in Germany/Italy. Can expect continued outperforming in Europe. Confident will turn Japanese business around by FYE 06. Japan is fundamentally a good business. Expect "just a modest increase in tax payments" in future. 06 revenue growth 6-9%. Margins - "broadly stable."

0/05 Analyst visits. ngaging," "reassuring," beat" Business "performing ll." Japan turnaround "should complete" FY06 with improved rgins" Handset problem in an to be completed in the next months. No change to 06 dance.

__/05 Bonuses to executives.

ADS $26.92 OS £1.46

8/05 Insiders sell $19.5 million in common shares

ADS $28.14 OS £1.56

ADS $26.86 OS £ 1.54

7/8/05 Insider sells $1 million in common shares

11/15/05 Reveals 23% profit drop for six months ended 9/30/05. Reveals cash tax payments of $7 billion due over next 3 years. F06 revenue growth to slow. F06 profit margin to shrink. One Vodafone cash flow improvement "outweighed" by other factors. Insists execution of Japan turnaround is "on course" and pleased with progress, but Japanese F06 EBITDA to fall sharply due to capital expenditures.

**11/15/05 Worst one day Vodafone Stock/ADR decline in 7 years wipes out $9 billion in market cap.**

ts. "Robust half year results." ance over all operations." future growth prospects." "One make strong progress;" "doing ire growth." 3G "product good" itive position in Japan." Japan ng well." Transformation plan rformance and competitive progress has been achieved. d. Overall business performing sitioned" in Germany. ed." Very solid performance," owth" and "margin enue growth" high single digits;" ly stable;" free cash flow "increasing customer base", erform well in all key areas. under IFRS as UK GAAP.

7/7/05 ADS $23.70 OS £1.32

7/14/05 German Day. Vodafone Germany is outstanding - first rate. Company outperforming competition. Profitability leader in Germany; continues to grow EBITDA.

9/29/05 Bernstein & Co. Conference "Business performing well." "Guidance very strong." "One Vodafone will create £2.5 billion in cash flow benefit." Reiterates F06 guidance. Confident capex to sales will fall below 10% by 3/08. "Optimistic about position and long term outlook in Japan."

2/27/06 Vodafone reveals $49 billion goodwill write-down due to Mannesman (Germany), Italian and Japanese operations. Lowers growth forecasts. Profit margins to fall.

- Chairman McLaurin to leave.
- COO Horn-Smith to leave.
- CMO Branford to leave.
- Life President Gent to leave.
- Deputy Chairman Hazen to leave.
- Director Hughes to leave.
- 3/19/06 Vodafone sells Japanese operation. $8.6 billion loss.
- 4/6/06 Vodafone announces new organizational structure.
- F07 CapExp to increase.
- F07 FCF to fall to £4 billion due to tax payments and higher CapExp.

ss very

sh

sh."

6/05 - Annual Report. Reiterates "long term committment" to Japan. "Confident investment will prove very rewarding." Strong overall operating performance - meeting all key targets. Operating performance in Europe remains robust. "Competition intensifying," seeing regulatory termination rate reductions. Vodafone uniquely positioned to succeed through scale/scope. One Vodafone will be fully up and running by F08. F06 FCF £6 billion.

7/25/05 Management team in Japan doing very good job. On track with turnaround. Reiterates F06 guidance. Business running fully in line with expectations, "quarter excellent." Reiterates F06 guidance, i.e. revenues up 6-9%, EBITDA flat to -1%, FCF £6.5-7 billion. Good stable progress in all major European businesses compared to year ago. Italy and Germany "good customer growth."

9/19/05 Investor/Analyst Day: Vodafone progress good. Start seeing benefits next year. Trend in Europe - "accelerating growth." "Our companies gaining share." "Expect greater competition." Regulatory cuts in termination charges "not a surprise," "baked into our business plans." "Vodafone Italy keeps outperforming Telecomitalia ... we have won our battle for growth and value." "Strong - very strong competitive position."Have "successfully faced off Hutchinson's attack." In Germany - in "a very good position ... in respect to profitabilty." In Japan, turnaround is "on track," "observed some encouraging results." First half of F06 will be better than what we had expected." One Vodafone - "all six streams absolutely up and running ... moved into execution mode." "Absolutely on track for delivery flat OpEx and CapEx compared to 03/04."

ADS $21.20 OS £1.20

1/24/06 Good operating performance. Outlook unchanged. Despite increased competition, Vodafone Germany dominating market. Japan "continues to execute recovery plan" based on more competitive handset range and improved 3G Network.

2/28/06 ADS $19.32 OS £1.09

ss Period: 6/10/04 - 2/27/06

Pounds Per Share: 1.6, 1.5, 1.4, 1.3, 1.2, 1.1, 1.0

03/16/2005 | 05/26/2005 | 08/03/2005 | 10/10/2005 | 12/15/2005 | 02/23/2006

# Vodafone G

Common/Ordinary S

November 17, 2003 -

**Insider Selling: $29 Million Known;**
**Much More Suspected By Other Insiders**

Dollars Per Share

29
28
27
26
25
24
23
22
21
20
19
18

11/17/2003 01/27/2004 04/02/2004 06/15/2004 08/20/2004 10/28/2004 01/07/2005

ADS $27.88 OS £1.50

1/04 Shareholders enraged as Sarin and McLaurin cause Vodafone to attempt to buy AT&T Wireless for $38 billion.

6/10/04 F 04 Annual Report: F 04 "highly successful year." Excellent overall operating performance ... further substantial growth in profits." "Another solid set of financial results." 'Continued margin improvement." 3G "offers us significant growht opportunities ... Vodafone is very well positioned to take advantage of these opportunities." "[U]nique advantage for Vodafone is our expansive global footprint." Reinforced "long term commitment to Japan." Mannesmann "has been integrated"; 'expected synergies ... have been achieved"; " 'Performed well" "Italy - another strong set of results"; "Goodwill asset impairment review indicated no impairment charge necessary." S/O certificates

7/01/04 Insider sells $1.9 million in common shares

8/04/04 Insider sells $1.3 million in common shares

10/13/04 New management structure will ensure effective and fast decision making.

10/1/04 New SEC accounting rules will not affect results or carrying value of assets.

7/04 Financial Publications/Annual Meeting: "Dismal" performance. Sarin "facing growing chorus of complaints." Concern company's "best days are behind it." "Lack of progress" by Sarin. "City feels misled." "Everybody getting very close to pain threshold with share price." "You've failed the City and ... shareho ders." MacLaurin (Ch.) admits Vodafone "failed City in various ways. ... needs to be put right."

ADS $20.83 OS £1.13

7/26/04 1st Q F05. Have made a "very strong start" this year. "Good performance." Business progressing well "despite tougher competitive environment." "Significant progress in product offerings." Japan should improve by 2H FY05. "Continued strong growth in Germany."

9/8/04 JP Morgan meeting with Sarin. FY06 outlook - continued healthy margin momentum; overall message positive.

8/04 Analyst Meetings with Sarin. Repeats 7/26/04 assurances. Overall message: "positive," "upbeat," "comforting." Comforting on operational progress in Europe and future cash generation; "operations robust" in Europe; "confident" regarding "margin uplift" in Europe. CapExp to peak in 04/05. By 07/08 10% sales CapExp; F06 will see "margin momentum."

9/27/04 Investor/Analyst Meeting -- "Operating performance on track." "Will reduce capexp to less than 10% of mobile revenues by FY08. "One Vodafone" program to achieve £2.5 billion annual cash flow improvement by 07/08. Germany - "sustained growth, strong improvement in profitability and sustainable EBITDA growth." "Margins will be up." Italy: "More competition," margins "flattish on very high margins. "No significant impairment chanres to assets."

9/29/04 Sanford Bernstein Conference. Sarin: "Busin performing well," "guidance strong," "very excited." One Vodafone -- $2.5 billion by 2007/2008 on annualized ca flow basis," "margins in Germany going up," "quite high." Margins in Italy "flatti

11/16/04 9/30/04 Resu "Robust/strong perform "Strong cash flows and Vodafone continues to r well." "Excited over futu and "improving compet and Germany "performi expected to improve per position in Japan. Good Positive results expecte well. On track. "Well po "Profitability has improv "poised for continued gr improvement." F06 reve EBITDA margins "broad "around £7 billion." Italy "business continued to Goodwill balances same

OS £1.48

ADS $28.31

12/04 Insiders sells $6.2 million in common shares

1/20/05 Vodafone t "No impairments" of UK GAAP goodwill f forward to IFRS. Im same as in the past. predict timing of tax

1/25/05 Solid fu Germany. Com in Italy.

Cla