

# Goldman Sachs Communacopia XIII Conference – 6th October 2004

# Arun Sarin
**Chief Executive**
**Vodafone Group Plc**

© Vodafone Group 2004



# Legal Notice

The following presentation is being made only to, and is only directed at, persons to whom such presentations may lawfully be communicated ("relevant persons").

Any person who is not a relevant person should not act or rely on this presentation or any of its content. Information in the following presentation relating to the price at which relevant investments have been bought or sold in the past or the yield on such investments cannot be relied upon as a guide to the future performance of such investments.

This presentation does not constitute an offering of securities or otherwise constitute an invitation or inducement to any person to underwrite, subscribe for or otherwise acquire securities in any company within the Vodafone Group (the "Group").

The release, publication or distribution of this presentation in certain jurisdictions may be restricted by law, and therefore persons in such jurisdictions into which this presentation is released, published or distributed should inform themselves about, and observe, such restrictions.

The presentation contains forward-looking statements which are subject to risks and uncertainties because they relate to future events. Some of the facts which may cause actual results to differ from these forward looking statements can be found by referring to the information contained under the headings "Cautionary Statement Regarding Forward Looking Statements" and "Risk Factors" in our Annual Report for the year ended 31 March 2004. Our Annual Report for the year ended 31 March 2004 can be found on our website (www.vodafone.com).

The presentation also contains certain non-GAAP financial information. The Group's management believes these measures provide valuable additional information in understanding the performance of the Group or the Group's businesses because they provide measures used by the Group to assess performance. Although these measures are important in the management of the business, they should not be viewed as replacements for, but rather as complementary to, the comparable GAAP measures such as turnover and reported items on the consolidated profit and loss account or the consolidated statement of cash flows.

# Key Messages

❛ Business is performing well

❛ Building sustainable differentiation

❛ Committed to 3G

❛ Executing One Vodafone

❛ Increasing returns to shareholders



# Reiterating outlook for FY 04/05

| | |
|---|---|
| Average organic customer growth* | High single digit |
| Organic mobile revenue growth* | High single digit |
| Mobile EBITDA margin* | Broadly stable |
| Fixed asset additions | Around £5bn |
| Free cash flow | Around £7bn |
| Mobile capex to sales in 2007/08 | Less than 10% |

* Proportionate Basis



# Common segments across markets

| Teens | Young Active Fun | Adult Personal User | Mature Basic User |
|---|---|---|---|
|  |  |  |  |

| Self-Chooser for Work | Company Paid | International Business Traveller |
|---|---|---|
|  |  |  |

vodafone

# Segmented product and service propositions



**Vodafone Mobile Connect data card**
- Full mobile access
- VPN and Internet access
- Award winning

**Business Devices & PIM Applications**
- Push data
- Business services
- PIM

**Vodafone live!™**
- Easy to use
- Industry leading
- Award winning

**Wireless Office**
- Increased availability
- Mobile attendants
- Local number
- Simple price model
- Flexibility
- One invoice

15 Countries | 11 Countries | 10 Countries | 20 Countries

# Leadership in 3G

- New platform for growth
    - More minutes: fixed to mobile substitution
    - More services: information and content
    - More products: wireless application for enterprise market
- Global release in November
    - Sensible commercial approach to rollout
    - 10 handsets already announced
    - Further information on services and pricing

# Industry leading 3G terminals




# £2.5bn annual pre tax cash flow[(1)] benefits from 2007/08



(1) EBITDA adjusted for exceptional items and working capital movements (excluding intercompany) less cash capex



# Increasing returns to shareholders



**Cash returns to shareholders**

- Announced dividends
- Announced share buy-backs

- Committed to Single A profile
- Increase free cash flow payout
- Do not wish to de-lever any further
- Update at Interim results in November

