# Communacopia XIV Conference

Arun Sarin, Chief Executive

22 September 2005



The following presentation is being made only to, and are only directed at, persons to whom such presentation may lawfully be communicated ("relevant persons").

Any person who is not a relevant person should not act or rely on this presentation or any of its contents. Information in the following presentation relating to the price at which relevant investments have been bought or sold in the past or the yield on such investments cannot be relied upon as a guide to the future performance of such investments.

This presentation does not constitute an offering of securities or otherwise constitute an invitation or inducement to any person to underwrite, subscribe for or otherwise acquire securities in any company within the Vodafone Group (the "Group").

The release, publication or distribution of this presentation in certain jurisdictions may be restricted by law, and therefore persons in such jurisdictions into which this presentation is released, published or distributed should inform themselves about, and observe, such restrictions.

The presentation contains forward-looking statements which are subject to risks and uncertainties because they relate to future events. Some of the factors which may cause actual results to differ from these forward looking statements are discussed in the last slide of the presentation and others can be found by referring to the information contained under the headings "Cautionary Statement Regarding Forward Looking Statements" and "Risk Factors" in our Annual Report for the year ended 31 March 2005. The presentation slides and our Annual Report can be found on our website (www.vodafone.com).

The presentation also contains certain non-GAAP financial information. The Group's management believes these measures provide valuable additional information in understanding the performance of the Group or the Group's businesses because they provide measures used by the Group to assess performance. Although these measures are important in the management of the business, they should not be viewed as replacements for, but rather as complementary to, the comparable GAAP measures such as turnover and reported items on the consolidated profit and loss account or the consolidated statement of cash flows.

Vodafone, Vodafone live!, Vodafone Mobile Connect, Vodafone Wireless Office, Vodafone Simply and Vodafone Passport are trademarks of the Vodafone Group. Other product and company names mentioned herein may be the trademarks of their respective owners.

2

# Vodafone's unique competitive position

| | |
|---|---|
| **Belief in the power of mobile** | • Intrinsic superiority of "anywhere, anytime"<br>• No distraction/conflict of interest from stagnating fixed business<br>• Executional focus |
| **Customer driven and segment led differentiation** | • Customer-centric approach that focuses on in-depth understanding of segments<br>• Exemplified by recent moves: Vodafone Passport, Vodafone Simply, Vodafone live! with 3G, Vodafone MCC |
| **Unique scale** | • Scale across markets through procurement and shared services – "develop once, deploy many times"<br>• Best practice and talent transfer<br>• Only European player with Japanese asset and China Mobile stake |
| **Global leadership in 3G** | • Superior coverage and quality; platform for next level innovation such as HSDPA<br>• Learning curve effects |

3



# Growth potential

**3G as our growth platform**

- Capacity increase, lower marginal cost
- 3G/HSDPA enabling DSL-style data experience

| Redefinition of our addressable market | Demand stimulation – exploit price elasticity | Adjacent market business development |
|---|---|---|
| • 50-80% of minutes still on fixed in major markets<br>• Traffic and access substitution, e.g. Zuhause<br>• Wireless broadband access | • Large usage increase<br>• "Use Vodafone Everyday"<br>• Successful pilots: Stop the Clock, 3G bundles | • Leveraging Vodafone live! platform success<br>• Music emerging killer application<br>• Mobile TV<br>• Payments (e.g. Felica) |

4

vodafone

# FY06 – Vodafone's priorities

- **Operational excellence**
  - Relative outperformance against major competitors in Europe
  - Rational approach to market place
  - Local management execution

- **3G success**
  - Driving device penetration with industry leading portfolio
  - Building new revenue streams

- **One Vodafone benefits**
  - Implementation in FY06
  - Delivering benefits in FY07 and FY08

- **Japan turnaround**
  - Multi-year programme, medium term margin suppression
  - Rebuilding confidence and regaining traction in the market

- **High performance organisation**
  - Matrix with global – local balance: "one company, one team"

5

# Year so far – investing in customers

| | |
|---|---|
| **Q1 results April-July** | • Strong customer growth – 4.1 million net adds<br>• 8.6% revenue growth – in line with expectations<br>• 3.3 million 3G devices – good progress |
| **Key trends – Europe** | • Vodafone companies taking share<br>• Pressing down on 3G – accelerating growth<br>• Competition tough – potential for in-market consolidation<br>• Regulatory intervention continues – termination rate cuts |
| **Key trends – Japan** | • New leadership is setting the business back on track<br>• Competitive intensity remains<br>• Turnaround on track – wholesale business to grow<br>• Vodafone commitment to staying in Japan |
| **Key trends – US** | • VZW continues good momentum<br>• US market consolidation delivering benefits |
| **Guidance** | • Full year guidance reiterated |



# Key Takeaways

- Competing effectively and taking market share

- Focus on revenue growth opportunities

- Belief in 3G and increasing traction in the market

- One Vodafone implementation is progressing

- Strong local management execution

- Rational approach to the market place

7

