```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FI...: 1/30/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CITY OF STERLING HEIGHTS POLICE & FIRE
RETIREMENT SYSTEM, On Behalf of Itself and
All Others Similarly Situated,
                          Plaintiff,

07 **CIVIL** 9921 (PKC)

-against-

**JUDGMENT**

VODAPONE GROUP PUBLIC LIMITED CO.,
ARUN SARIN, KENNETH J. HYDON, ALAN P.
HARPER, and LORD IAN MACLAURIN,
                          Defendants.
-----------------------------------------------------------X

Defendants having moved to dismiss the claims of Sterling Heights, and the matter having come before the Honorable P. Kevin Castel, United States District Judge, and the Court, on May 20, 2009 and January 22, 2010, having rendered its Memorandum and Orders granting the motion to dismiss, dismissing the Amended Class Action Complaint, and denying plaintiff's motion to amend, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Orders dated May 20, 2009 and January 22, 2010, the motion to dismiss is granted; the Amended Class Action Complaint is dismissed; and plaintiff's motion to amend is denied.

**Dated:** New York, New York
           January 30, 2010

                                             **J. MICHAEL McMAHON**
                                                **Clerk of Court**
                             BY:
                                                **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____